# EXHIBIT 4

**U.S. Patent No. 8,396,743 – Caleres, Inc.**

**Claims 1, 4**

Consolidated Transaction Processing LLC ("CTP") provides evidence of infringement of claims 1 and 4 of U.S. Patent No. 8,396,743 (hereinafter "the '743 patent") by Caleres, Inc. ("Famous Footwear"). In support thereof, CTP provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least the Famous Footwear website (www.FamousFootwear.com), along with associated hardware and/or software, including but not limited to Famous Footwear's back-end servers and related computer systems operated by Famous Footwear that work in conjunction with the Famous Footwear website.

These claim charts demonstrate Famous Footwear's infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Famous Footwear has not yet provided any non-public information. An analysis of Famous Footwear's (or other third parties') technical documentation and/or software source code may assist in fully identify all infringing features and functionality. Accordingly, CTP reserves the right to supplement this infringement analysis once such information is made available to CTP. Furthermore, CTP reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

CTP provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. CTP reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, CTP contends that Famous Footwear directly infringes the '743 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, and/or using, the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Famous Footwear makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, or offered for sale in the past, without authority, without authority products, equipment, or services that infringe claims 1 and 4 of the '743 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, CTP believes and contends that each element of each claim asserted herein is literally met through Famous Footwear's provision of the Accused Instrumentalities. However, to the extent that Famous Footwear attempts to allege that any asserted claim element is not literally met, CTP believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, CTP did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, CTP asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim. CTP reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Famous Footwear. CTP also reserves the right to amend this infringement analysis by citing other claims of the '743 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. CTP further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

## Claim Chart – Caleres, Inc. (Famous Footwear Website)

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
| --- | --- |
| **1.** A computer-implemented method for targeted product offering, the method comprising: | The Accused Instrumentalities perform a computer-implemented method for targeted product offering.<br><br>For example: |

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
|---|---|
| |  |

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
|---|---|
| Receiving product data for a plurality of products | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving product data for a plurality of products.<br><br>For example: |

| U.S. Patent No. 8,396,743 Claims 1, 4 | Accused Instrumentalities |
|---|---|
| | <br>This data can include some or all of the following: product description, price(s), size(s), color(s), specifications, shipping information, customer reviews, ratings, photos, model numbers, links, store availability, related products, label information, features, etc. |

<table>
<tr><th>U.S. Patent No. 8,396,743<br>Claims 1, 4</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>


</td></tr>
</table>

https://www.famousfootwear.com/product/crocs-classic-clog-1039626/black-70521

CONVERSE adidas VANS "OFF THE WALL" SKECHERS new balance crocs

**ITEM DETAILS** Style #70521

You can't go wrong with the comfort of the Classic Clog from Crocs.

- Fully-molded Croslite material upper in a casual clog style with a round toe
- Holes for breathability
- Advanced toe box ventilation
- Smooth or embellished design
- Odor-resistant, easy to clean, and quick to dry
- Water-friendly and buoyant
- Radically lightweight
- Customizable with Jibbitz™ charms
- Jibbitz™ charms sold separately. Available in stores and for in-store pickup
- Croslite material heel strap for secure fit
- Smooth lining, contoured orthotic footbed
- Lightweight, non-marking sole
- In between sizes? Order the next size up!

FAMOUS footwear™ | crocs™

**There's no better place to pick up your new pair.**

Get your Crocs now, pay thru installments later using Zip Pay

Earn Reward Cash on all Crocs purchases with Famously YOU Rewards®

With 900 stores, many Crocs can be on your feet within 1 hour with Famously Fast Pickup

Free shipping on Crocs everyday with Famously YOU Rewards®

Confidence to find your Crocs Sole Mate with our Famously Easy Return & Exchange Policy

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
|---|---|
| from a plurality of distributors for the products | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving product data from a plurality of distributors for the products.<br><br>For example, the Accused Instrumentalities receive product information on product availability, store availability, quantity available, etc.<br><br> |

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
| --- | --- |
| via a communications network; | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving product data from a plurality of distributors for the products via a communications network.<br><br>For example, the system knows the product availability by store. |

<table>
<tr><th>U.S. Patent No. 8,396,743<br>Claims 1, 4</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>Receiving customer data</td><td>The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving customer data.</td></tr>
</table>

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
|---|---|
| | For example, depicted below is the famousfootwear.com portal for members, and the customer data that is received and stored is both copious and diverse. Customer data that is received can include names, addresses, account information, communication preferences, order history, browsing history, advertising preferences, email addresses, location information, favourite products, rewards information, payment method information, etc.<br><br>The screenshot below depicts the profile page of the FAMOUS FOOTWEAR customer account portal.<br> |

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
| --- | --- |
| From a plurality of customers | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving customer data from a plurality of customers.<br><br>For example, FAMOUS FOOTWEAR has a plurality of customers.<br> |

| U.S. Patent No. 8,396,743<br>Claims 1, 4 | Accused Instrumentalities |
|---|---|
| the customer data comprising location information associated with customers, the customer location information derived from an IP address associated with the customer; | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising receiving customer data from a plurality of customers, the customer data comprising location information associated with customers, the location information derived from an IP address associated with one or more of the customers.<br><br>For example, depicted is the opening screen of the FAMOUS FOOTWEAR website from the same device and by the same customer as shown above, except that it is being accessed using the browser's "incognito" mode. The website is therefore not deriving any saved information from the accessing computers cache, but it still knows the location of the customer who is accessing the website. This information can only be derived from the accessing computer's IP address under these circumstances. Under non-"Incognito" conditions, the saved address of the customer would override the location data derived from the IP address for the display and preferences, but FAMOUS FOOTWEAR is nonetheless receiving location information associated with customers that is derived from the customers' IP addresses. The website also infers that the customer using said IP address is most likely an English speaker.<br> |
| Generating at least in part from the personal information concerning a customer location, | The Accused Instrumentalities perform a computer-implemented method for targeted product offering comprising generating at least in part from the customer data, user specific product |

| U.S. Patent No. 8,396,743 Claims 1, 4 | Accused Instrumentalities |
| --- | --- |
| at least one user-specific product offering from the plurality of products; and<br>Sending, by a computer, automated messages comprising the at least one user-specific product offering to the one or more customers. | offerings from the plurality of products; and sending, by a computer, automated messages comprising the at least one user-specific product offering to the one or more customers.<br><br>For example, depicted below are one or more messages containing user-specific product offerings generated at least in part from the customer location data that appear embedded in the home page of the famousfootwear.com website for a customer who is logged into their online account. Note: the offerings change over time as personal information, such as search history, browsing history, and purchase history, is updated. |

| U.S. Patent No. 8,396,743 Claims 1, 4 | Accused Instrumentalities |
|---|---|
| |  |


https://www.famousfootwear.com/product/crocs-classic-clog-1039626/black-70521
CONVERSE
adidas
VANS
"OFF THE WALL"
SKECHERS
Size C
Select Pickup Store
Only 1 Pickup Location per order
Change Search Area
Columbus Crossing
Philadelphia, PA
Offers In-Store Pickup
Offers Curbside Pickup
Current Availability:
Cherry Hill Mall
Cherry Hill, NJ
Offers In-Store Pickup
SELECT STORE


https://www.famousfootwear.com/product/crocs-classic-clog-1039626/black-70521
CONVERSE
adidas
VANS "OFF THE WALL"
SKECHERS
Select Pickup Store
Only 1 Pickup Location per order
Change Search Area
Current Availability:
Gloucester Premium Outlet
Blackwood, NJ
Offers In-Store Pickup
Current Availability:
SELECT STORE

| **U.S. Patent No. 8,396,743 Claims 1, 4** | **Accused Instrumentalities** |
|---|---|
| | |
| **4.** The method of claim 1, wherein the customer data comprises at least one of: IP (Internet Protocol) address, IP host name, customer name, billing address, email address, and purchase patterns. | See "Customer Data" above. |